**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN    DISTRICT OF MISSISSIPPI**

Debtor: **Robert G. Crowder**        SSN: XXX-XX-**1401**        CASE NO. **15-11567-JDW**
Joint Debtor: **Betty M. Crowder**    SSN: XXX-XX-**7042**        Median Income: ☐ Above ☑ Below
Address: **2192 Colonial Hills Drive**
         **Southaven, MS 38671**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of _____**60**_____ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)    Debtor shall pay $_____**1,251.11**_____ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
                **Direct**

(B)    Joint Debtor shall pay $_____**1,251.11**_____ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
                **Direct**

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:        $_____**0.00**_____ at $_____**0.00**_____/month
Mississippi Dept. of Revenue:2008 $_____**18,732.87**_____ at $_____**416.70**_____/month
Other/**MS Dept. of Revenue** 2009:    $_____**3,622.34**_____ at $_____**80.58**_____/month
    MS Dept. of Revenue 2013    $ 126.00    at $ 2.80
**DOMESTIC SUPPORT OBLIGATION.** DUE TO: _____



POST PETITION OBLIGATION: In the amount of $_____ per month beginning _____.
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid ☐ Direct, ☐ through payroll deduction, or ☐ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to **GreenTree Servicing**    Beginning **July 1, 2015**    @ $_____**668.00**_____    ☑Plan ☐Direct
Mtg pmts to _____    Beginning _____    @ $_____    ☐Plan ☐Direct
Mtg pmts to _____    Beginning _____    @ $_____    ☐Plan ☐Direct

Mtg arrears to **GreenTree Servicing**    Through **June 30, 2015**  $_____**2,672.00**_____    @ $_____**44.53**_____/mo
Mtg arrears to _____    Through _____    $_____    @ $_____/mo
Mtg arrears to _____    Through _____    $_____    @ $_____/mo

Debtor's Initials _____    Joint Debtor's Initials _____    Chapter 13 Plan, Page 1 of **3**____

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor:_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

Creditor:_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| TD Auto Finacne | 2012 Jeep Patriot | ✓ | $27,304.14 | $16,025.00 | 5% | AMT. OWED |
| Wells Fargo | 2010 Dodge Ram | ✓ | $25,584.66 | $22,262.00 | 4.29 | AMT. OWED |
| Capital One/ Yamaha | 2009 Yamaha Scooter |  | $893.01 | $1,450.00 | 5% | AMT. OWED |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| Tower Loan of Horn Lake | 2006 HiLo Camper | $4,030.00 | Amount owed at 5% interest over the life time of the plan |
| Tower Loan of Horn Lake | Refrigerator | $1,000.00 | The vaule at 5% interest over the life time of the plan |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
|  |  |  |  |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
_____
_____
_____

**GENERAL UNSECURED CLAIMS** total approximately $____15,618.45____. Such claims must be *timely filed* and not disallowed to receive payment as follows:_____ IN FULL (100%), ___0___%(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials _____      Joint Debtor's Initials _____      Chapter 13 Plan, Page 2 of 3 ____

Total attorney fee charged:      $ __3,200.00__
Attorney fee previously paid:    $ __700.00__
Attorney fee to be paid in plan: $ __2,500.00__

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| | |
|---|---|
| Automobile Insurance Co/Agent<br>_BARRY BOUCHILON STATE FARM_<br>_40 STATELINE Rd W,_<br>_SOUTHAVEN, MS 38671_<br>_662 393 8000_<br>Telephone/Fax: _662 393 0016_ | Attorney for Debtor (Name/Address/Phone/Email)<br>Susan C. Smith<br>PO Box 1251<br>Greenville, MS 38702<br><br>Telephone No. 662-378-2558<br>Facsimile No. 662-378-2543<br>Email address smithsusanc@bellsouth.net |

DATED: _05/14/2015_  DEBTOR'S SIGNATURE _Robert A Crowder_

JOINT DEBTOR'S SIGNATURE _Betty M. Crowder_

ATTORNEY'S SIGNATURE _____