

SO ORDERED,

Judge Jason D. Woodard

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                       CHAPTER 13 CASE NO.:

ROBERT G. CROWDER &                                     15-11567-JDW
BETTY M. CROWDER

**AGREED ORDER RE: SECOND OBJECTION TO CONFIRMATION (Dkt. #24)**

THIS MATTER came before the Court on *Trustee's Second Objection to Confirmation*. Upon agreement of the parties,

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1. *Trustee's Second Objection to Confirmation* shall be and is hereby withdrawn.

2. Debtors' plan shall be and is hereby amended to abandon the 2009 Yamaha Scooter securing the indebtedness to Capital One as well as the 2012 Jeep Patriot securing the indebtedness to TD Auto Finance. The debts owed to said creditors shall be treated, for plan purposes, as general unsecured claims.

3. Debtors' plan shall be and is hereby amended to pay a total distribution of $60.00 each month to general unsecured creditors with timely filed and allowed claims. Trustee shall determine the percentage distribution for such creditors.

4. The plan payment shall be amended as necessary.

5. The terms of this order shall control any amended plan filed herein by Debtor.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

SUSAN C. SMITH
ATTORNEY FOR DEBTORS

Copy: Debtor(s)

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645